AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Gary Lobaton, *individually and on behalf of all others similarly situated*<br>*Plaintiff*<br>v.<br><br>CARNIVAL CORPORATION, *a Corporation of the Republic of Panama*; CARNIVAL PLC, *a Corporation of The United Kingdom*; COSTA CROCIERE, S.p.A, *a Corporation of the Republic of Italy*; and JOHN DOES 1-10,<br>*Defendant* | )<br>)<br>) Civil Action No.    12 C 598<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Defendants' motion to dismiss [25] is granted. Judgment is entered in favor of defendants and against plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge    Sharon Johnson Coleman    on a motion to    dismiss.

Date:    9/11/2013                                                          Thomas G. Bruton, Clerk of Court

                                                                                                    */s/ Robbie T. Hunt*
                                                                                            *Signature of Clerk or Deputy Clerk*